

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00671-CV

Xavier **DAWSON**,
Appellant

v.

**RIVERSTONE APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV07274
Honorable Melissa Vara, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: April 2, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due December 27, 2024 and was not filed. On January 13, 2025, we ordered appellant to file, by February 12, 2025: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned the appellant that failure to timely file a brief and written response would result in dismissal of this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant has not filed a brief or otherwise responded to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*; TEX. R. APP. P. 42.3(b).

PER CURIAM